```
                                                      FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF COLORADO
         IN THE UNITED STATES DISTRICT COURT 2020 APR 21 PM 4:28
              FOR THE DISTRICT OF COLORADO
                                              JEFFREY P. COLWELL
                                                     CLERK
                                              BY_____DEP. CLK
```

Civil Action No. _____
(To be supplied by the court)

__Parouk Kleory_____, Plaintiff

v.

__Walmart Inc_____,

Kevin or __Carey Kramer_____,

__Derrek Lund_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Farouk Kigozi   2670 Colorado blvd
(Name and complete mailing address)   Denver C 80207

720 884 6330
720 600 6106 / 720 837 2771   Farouk_Kigozi@comcast.net
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  Walmart 7700 Quincy Ave Littleton CO 80128
(Name and complete mailing address)

Kerri Kramer   303 274 5211 / 303 971 0321
720 252 5632
(Telephone number and e-mail address if known)

Defendant 2:  Dereck Land
(Name and complete mailing address)

414 940 7567   7700 W. Quincy ave
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

[X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

[X] Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

[X] Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

[X] Other: *(please specify)* EPA equal pay act

2

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

Title VII

CLAIM ONE: Wrongful termination causing eviction & homelessness

The conduct complained of in this claim involves the following: (*check all that apply*)

- ___ failure to hire
- [X] different terms and conditions of employment
- ___ failure to promote
- ___ failure to accommodate disability
- [X] termination of employment
- [X] retaliation
- [X] other: (*please specify*) racial discrimination / employment discrimination

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

- [X] race
- ___ religion
- [X] national origin
- [X] age
- [X] color
- ___ sex
- ___ disability

Supporting facts:

EEOC Charge Number
541-2019-02584
541-2020-01984
Attached EEOC filing papers.
Received unemployment without employer contesting.

3

EPA

CLAIM TWO: _Refusing to hire at Any Walmart Subsidiary forever_

The conduct complained of in this claim involves the following: *(check all that apply)*

- [x] failure to hire
- [ ] different terms and conditions of employment
- [ ] failure to promote
- [ ] failure to accommodate disability
- [ ] termination of employment
- [ ] retaliation
- [ ] other: *(please specify)* _____

Defendant's conduct was discriminatory because it was based on the following: *(check all that apply)*

- [x] race
- [ ] religion
- [x] national origin
- [x] age
- [x] color
- [ ] sex
- [ ] disability

Supporting facts:

Gross misconduct Claim as reason for termination which made me un rehirable. Terminated my 2-year contract prematurely

E. **ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☒ Yes (*You must attach a copy of the administrative charge to this complaint*)

___ No

541-2019-02584
541-2020-01984

Have you received a notice of right to sue? (*check one*)

☒ Yes (*You must attach a copy of the notice of right to sue to this complaint*)

___ No

EEOC Rep
Christopher D Padilla

F. **REQUEST FOR RELIEF** Accountability of Actions by Kevin & David
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

① Monetary Compensation for 2 years at same pay when I left with 50% interest applied.
② Reimbursement of Rental expenses for 1 yr spent in hotels
③ Litigation expense
④ Eviction Record removal
⑤ Job Restoration at & expenses

G. **PLAINTIFF'S SIGNATURE**
Kevin and Derek FIRED. ⑥ Management Letter
I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_[signature]_
(Plaintiff's signature)

4/20/20
(Date)

(Revised December 2017)

5

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

* Statutory Compensation for
* Restitution 7 times the Salary/yearly pay at termination plus 50% interest
  [ 60000 X 7 X 50% ]
* Kerry & Dewick to get fired with the same terms they used to fire me
* Restoring my Record from eviction and paying the apartment I lived in the fees.
* Repay back cost of hotel expenses incurred as a result of home lessness.
* Credit restoration
* Job restoration at store management pay level and record cleared in system.
* Payment of court fees and time spent
* Donation of $5000 to Federal Prose Clinic

Date: 4/20/20

(Plaintiff's Original Signature)

2670 Colorado blvd
(Street Address)

Denver Co 80207
(City, State, ZIP)

720 884 6330
(Telephone Number)

720 600 6106
720 608 7034
720 837 2749

Favank_Kyozi @ Comcast.net

LAKEWOOD, CO 80215

| Due Date |
|---|
| 10/15/2019 |

## VERIFICATION OF PERSONAL INFORMATION

You must complete and sign this form. Mail or fax this form to the address or fax number at the top of this form. We must receive your form by 10/15/2019. If you do not send back this signed form, we cannot pay benefits. If we receive this form after 10/15/2019, we cannot pay benefits for the weeks before we received the form.

Items 1 through 4 (below) list information that you gave us when you signed up for unemployment benefits. If anything is incorrect, cross it out, and write the correct information. Complete Item 6, if needed, and Item 7. Not telling the truth in order to collect unemployment benefits is against the law.

| 1. Social Security Number<br>XXX-XX-6566 | 2. Date of Birth<br>11/02/1980 | 3. Telephone Number<br>5102831354    3039811252 |
|---|---|---|
| 4. Are you a U.S. citizen?<br>[x] Yes  [ ] No<br>If No, make sure your alien permit number is correct or write it in Item 5. | | 5. Alien Permit Number |
| 6. If not a U.S. citizen, do you have lawful authorization to work in the U.S.? | | [ ] Yes  [ ] No |

7. To get unemployment benefits, you must have one of the following types of identification (ID). You must give us the ID number and the expiration date. Check the box next to the type of ID you have.

[x] Colorado Driver's License/Colorado ID Card    [ ] Native American Tribal Document
[ ] U.S. Military Card/Military Dependent ID Card    [ ] U.S. Coast Guard Merchant Mariner Card
[ ] Other State or Canadian Driver's License/Other State ID Card   Issued by _____

Write the ID number and the expiration date, if any, for the type of ID you checked.
ID Number  031960844                                   Expiration Date    10/03/2021

**Affirmation**
*I affirm under penalty of perjury that the above information is true, correct, and complete to the best of my knowledge. I understand my lawful presence in the U.S. is verified before UI benefits are paid. I affirm that I am a U.S. citizen, a legal permanent resident, or otherwise lawfully present in the U.S. I understand there are severe penalties for providing false statements and willfully misrepresenting information in order to obtain or increase UI benefits. I authorize the release of any and all information necessary to determine my eligibility for UI benefits and to establish a debit-card account for the payment of UI benefits. I understand this may include releasing information to former employers, state and federal agencies for verification purposes, and the Colorado Department of Labor and Employment's financial institution. Information may also be shared with other public agencies in accordance with the Colorado Employment Security Act 8-72-107 (1).*

Sign and date below that you read and understood the Affirmation.

| Signature | Date |
|---|---|
| *[signed]* | 10/28/2019 |

If you changed any of the information we printed on this form, check this box.  [X]  Added updated phone number

Office Use Only

| Claimant Social Security Number | First Four Letters of Last Name | First Day of Claim |
|---|---|---|
| XXX-XX-6566 | KIGO | 03/10/2019 |

UIB-1 (R 03/2013)

---

```
*********************************
***         Send Results      ***
*********************************

         Sending is complete.

Job No.                    0366
Address                    3033189014
Name
Start Time                 11/04 09:55 AM
Call Length                00.39
Sheets                     1
Result                     OK
```

11/04/2019 9:56 AM FAX                 THE UPS STORE 6494 FAX                      P.0001



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

For Official Use Only – Charge Number:

EEOC Form 5A (October 2017)

| Section | Content |
|---|---|
| **Personal Information** | First Name: Farouk   MI: ___   Last Name: Kigozi<br>Address: 2670 Colorado Blvd   Apt: ___<br>City: Denver   County: Denver   State: CO   Zip Code: 80207<br>Phone: 7208896330 (Home ☐ Work ☐ Cell ☐)  7206006106   Email: Farouk_Kigozi@comcast.net |
| **Who do you think discriminated against you?** | Employer ☒   Union ☐   Employment Agency ☐   Other Organization ☐<br>Organization Name: Walmart<br>Address: 7700 W Quincy Ave   Suite: ___<br>City: Littleton   State: CO   Zip Code: 80123   Phone: ___ |
| **Why you think you were discriminated against?** | Race ☒   Color ☒   Religion ☐   Sex ☐   National Origin ☒   Age ☒<br>Disability ☐   Genetic Information ☐   Retaliation ☐   Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of most recent job action you think was discriminatory: ___<br>Also describe briefly each job action you think was discriminatory and when it happened (estimate).<br>2/19/2019 Please refer to charge # 541-2019-02584. Fired due to another managers wrong actions by that managers best friend and then took my rent money which cause an eviction to my family and homeless for 1 year |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br>Signature: [signed]   Date: 4/20/20 |

EEOC Form 161 (1/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Farouk Kigozi
1388 Garrison Street, 206B
Lakewood, CO 80215

From: Denver Field Office
303 East 17th Avenue
Suite 410
Denver, CO 80203

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2019-02584 | Christopher D. Padilla, Supervisory Investigator | (303) 866-1336 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC, in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Amy Burkholder,
Field Office Director

**JAN 2 3 2020**
*(Date Mailed)*

Enclosure(s)

cc    WAL MART

JS 44 (Rev. 06/17) District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Farouk Kibozi

**DEFENDANTS**
Walmart 7700 W. Quincy ave Littleton Co
Barry Kramer
Derrick Lund

**(b)** County of Residence of First Listed Plaintiff: Denver
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Jefferson
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Federal Pro Se Clinic
303 380 8786

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 2 U.S. Government Defendant (marked out)
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | [X] | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | [X] | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | [X] 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 480 Consumer Credit |
| [X] 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 720 Labor/Management Relations | 862 Black Lung (923) | 490 Cable/Sat TV |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 740 Railway Labor Act | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| 196 Franchise | | | 751 Family and Medical Leave Act | 864 SSID Title XVI | 890 Other Statutory Actions |
| | | | | 865 RSI (405(g)) | 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | | 893 Environmental Matters |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 230 Rent Lease & Ejectment | [X] 442 Employment | 510 Motions to Vacate Sentence | | 871 IRS—Third Party 26 USC 7609 | [X] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | | |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | [X] 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** | 462 Naturalization Application | | |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII and Equal Pay Act

Brief description of cause:
- [ ] AP Docket
Wrongfull termination causing Eviction/homelessness

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P
- DEMAND $ (circled)
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: _____  DOCKET NUMBER: _____

DATE: 4/20/2020
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___